UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESSE F. SWARTZ,<br><br>    Defendant. | Case No. 24-mc-80219-AMO<br><br>**ORDER RETURNING NOTICE OF REMOVAL AND REMANDING CRIMINAL ACTION TO STATE COURT** |

Defendant Jesse F. Swartz, a.k.a. Franklin H. Wright (hereinafter Swartz/Wright), seeks to file a notice of removal in the above-captioned miscellaneous action. On June 13, 2016, the Honorable Claudia Wilken issued a pre-filing order regarding cases filed by Franklin H. Wright, a.k.a. Jesse Swartz. *See* Case No. 16-cv-00505, ECF 27. The pre-filing order states that, if Swartz/Wright seeks to file an action that is related to certain subject matters or legal theories, "it will not be filed unless it presents cognizable claims." *Id.* at 2. The subject matters or legal theories are:

(1) Violation of some duty owed;

(2) Mention of the Federal Tort Claims Act or attachment of Federal Tort Claims Act "claim letters";

(3) Other cases previously filed in federal courts;

(4) Requests to compel any defendant to answer questions, perform investigations or evaluate policy proposals;

(5) "Obstruction" of Swartz/Wright's legal process; or

(6) Conspiracies to "train" Swartz/Wright.

*Id.* at 1-2.

1  According to the notice of removal that Swartz/Wright seeks to file, he seeks to remove a
2  criminal prosecution against him for his visit and refusal to depart the premises at 650 Page Mill
3  Road in Palo Alto, California. *See* ECF 1. In the brief he submits in support of removal,
4  Swartz/Wright alleges counterclaims under the Civil Racketeer Influenced and Corrupt
5  Organizations Act and Title 42 U.S.C. § 1983, and he attaches multiple tort claim letters. *See* ECF
6  6. Because the notice of removal that Swartz/Wright seeks to file relates to at least one of the
7  subject matters included in the pre-filing order, the notice of removal may not be filed unless it
8  contains a cognizable basis for removing the criminal prosecution relating to the notice to appear
9  in question.

10  Criminal prosecutions may be removed to federal court under limited circumstances, such
11  as where the criminal prosecution is against an officer of the United States relating to acts
12  performed under color of his office, *see* 28 U.S.C. § 1442; the criminal prosecution is against a
13  member of the armed forces on account of an act done under color of his office, *see* 28 U.S.C.
14  § 1442a; or the criminal prosecution is against a person who is denied or cannot enforce in state
15  court a right under any law providing for the equal civil rights of citizens of the United States, *see*
16  28 U.S.C. § 1443. Here, Swartz/Wright alleges no facts suggesting that the criminal prosecution
17  relating to his criminal prosecution in Santa Clara County Superior Court falls within any of these
18  categories of removable criminal prosecutions. Accordingly, the Court finds that Swartz/Wright
19  has not alleged any cognizable basis for permitting the removal of the criminal prosecution in
20  question.

21  The Clerk shall return the notice of removal to Swartz/Wright and shall remand to the
22  Santa Clara County Superior Court the criminal prosecution numbered B2202221.

23  //
24  //
25  //
26  //
27  //
28  //

2

1   No further filing shall be entertained in this miscellaneous action.  The Clerk of Court shall
2   terminate this miscellaneous action.

**IT IS SO ORDERED.**

Dated: September 3, 2024

_____
**A**RACELI **M**ARTÍNEZ-**O**LGUÍN
**United States District Judge**